UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Amber Cooper

_____

Write the full name of each plaintiff.

-against-

SBH Health System, David Perlstein
Keith Wolf, Manisha Kulshreshtra
& Karen Johnson.

'Write the full name of each defendant. The names listed
above must be identical to those contained in Section I.

_____CV_____
(Include case number if one has been
assigned)

Do you want a jury trial?

☐ Yes    ☐ No

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with
the court should therefore *not* contain: an individual's full social security number or full birth
date; the full name of a person known to be a minor; or a complete financial account number. A
filing may include *only*: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule
of Civil Procedure 5.2.

Rev. 1/24/19

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Amber _____ L _____ Cooper _____
First Name                    Middle Initial           Last Name

1375  Plimpton  Ave _____
Street Address

Bronx _____    NY _____    10452 _____
County, City                    State                    Zip Code

646-764-4459 _____    ajamison.cooper@gmail.com _____
Telephone Number                    Email Address (if available)

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:    SBH  Health  System _____
Name

4422  Third  Ave _____
Address where defendant may be served

Bronx _____    NY _____    10457 _____
County, City                    State                    Zip Code

Defendant 2:    David  Perlstein _____
Name

4422  Third  Ave _____
Address where defendant may be served

Bronx _____    NY _____    10457 _____
County, City                    State                    Zip Code

Page 2

Defendant 3:

Keith wolf, Manisha Kulshrushtha ; Karen Johnsen
Name

4422   Third  Ave
Address where defendant may be served

Bronx                          NY                    10457
County, City                              State                    Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

SBH   Health  System
Name

4422   Third  Ave
Address

Bronx                          NY                    10457
County, City                              State                    Zip Code

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☑ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☑ race:          Did not provide me with equal pay

☑ color:          "    "    "    "    "    "    "

☑ religion:      Denied religious exemption. Did not want to accommidate

☐ sex:

☐ national origin:

Page 3

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

### B.   Other Claims

In addition to my federal claims listed above, I assert claims under:

☐ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☑ Other (may include other relevant federal, state, city, or county law):

_religion_ _____

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐  did not hire me

☑  terminated my employment

☐  did not promote me

☐  did not accommodate my disability

☐  provided me with terms and conditions of employment different from those of similar employees

☑  retaliated against me

☑  harassed me or created a hostile work environment

☑  other (specify):  Did not properly compensate me with promotion.

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

Please see attached.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Amber Cooper

-against-

SBH Health System, David Perlstein,

Keith Wolf, Manisha Kulshreshtha &

Karen Johnson

TO THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

The complaint of the plaintiff Amber Cooper, respectfully shows and alleges as follows:

1.  The plaintiff herein, Amber Cooper, is a resident of the State of New York. Ms. Cooper resides at 1375 Plimpton Avenue Bronx, New York.

2.  The defendants herein, SBH Health System, David Perlstein, Keith Wolf, Manisha Kulshreshtha & Karen Johnson, have a place of business at 4422 Third Avenue Bronx, New York.

3.  The Plaintiff was an employee of the defendant and was hired in August of 2015. On the Plaintiff's original contract, it did not include that retaining employment was contingent on receiving vaccinations.

4.  June 2019, plaintiff was promoted by previous boss and defendant Manisha Kulshreshtha. The promotion to manager was awarded to the plaintiff and another employee in the same department approximately around the same time as a split in duties from the previous boss.

5.  Ecstatic about the position, the plaintiff did research of the position to confirm the salary.

6.  The plaintiff contacted the defendant Manisha Kulshreshtha via email, expressing gratitude about the position and wanting to negotiate proper pay. The plaintiff was aware that the other employee that was promoted to the same position with the same qualifications was making a considerably higher amount than the plaintiff. The defendant Manisha Kulshreshtha denied the plaintiff the proper pay.

7. March 2020, the pandemic started. The plaintiff lost an employee due to FMLA. The plaintiff was responsible for juggling three positions, working wee hours, tirelessly and was not compensated through regular salary nor overtime.

8. In June 2020, defendant David Perlstein sent a broadcast email acknowledging the pass events the world had suffered and stated *all members of society are not treated equally....collaboratively working together to fight systemic racism is absolutely necessary...SBH must continue to serve our diverse community and continue to promote diversity and equality in how we hire and promote within the organization"*

9. In June 2020, plaintiff requested to meet with defendant Manisha Kulshreshtha to revisit salary and to reiterate what was sent out by defendant David Perlstein. The plaintiff was not granted equal pay.

10. In August 2021, the defendant (Karen Johnson, Manisha Kulshreshtha) sent out an email blast to all employees stating that all should be vaccinated by September 27, 2021.

11. Defendant Manisha Kulshreshtha was the plaintiff's direct boss, who constantly harassed, questioned, inquired and proceeded to bribe the plaintiff about obtaining the vaccine.

12. During August and September, Plaintiff was a part of circulated lists throughout defendant SBH Health system regarding vaccination status that was emailed to ALL management.

13. The week of September 20, 2021, the defendant changed the submitting of documentation date from September 27th to September 24th demanding all employees submit proof of vaccination.

14. The plaintiff worked through the beginning of the pandemic March of 2020 up until September 24, 2021. Working hybrid and did not present any hardship on the defendants SBH HEALTH SYSTEM while doing so.

15. On September 24, 2021 at approximately 11:00 a.m, the plaintiff had a meeting with defendant Karen Johnson to submit religious exemption. During that meeting defendant Karen Johnson advised that plaintiff would be placed on a pending status, off duty and unpaid.

16. September 30, 2021, plaintiff received numerous calls from colleagues on her personal phone and was asked how to do certain tasks. Plaintiff assisted. Plaintiff then receives a text from then boss and defendant Manisha Kulshreshtha thanking plaintiff "for taking everyone's call".

17. October 1, 2021, defendant Karen Johnson contacted the plaintiff via email to schedule a phone meeting for October 4, 2021.

18. October 2, 2021 Plaintiff responded to defendant's email, confirming October 4, 2021 phone meeting.

19. October 4, 2021, defendant Karen Johnson requested to review plaintiff's medical records. Plaintiff agreed. Plaintiff also received a call from Karen Johnson to stop working remotely, although the plaintiff's colleagues( were calling her personal phone because they did not know how to proceed with doing her job. Plaintiff assisted in good faith that defendant would have some leniency.

20. October 6, 2021 plaintiff sent defendant Karen Johnson a follow up email reiterating conversation from October 4, 2021

21. October 12, 2021 plaintiff still had not heard from employer and sent another follow up email.

22. October 13, 2021 defendant Karen Johnson stated via email that plaintiff status was still pending.

23. October 18, 2021 defendant Karen Johnson stated to plaintiff via email that non-medical exemption was denied, although plaintiff requested a religious exemption. No explanation was provided to the plaintiff as to why exemption was denied nor was an explanation provided of why the plaintiff could not be reasonably accommodated as requested.

24. October 22, 2021 plaintiff re-submitted religious exemption via email to defendants Karen Johnson and Keith Wolf.

25. October 27, 2021 defendants Karen Johnson and Keith Wolf ignored the resubmission of exemption. Defendant Karen Johnson proceeded to accuse plaintiff of destroying company equipment.

26. October 27, 2021 plaintiff responded to the defendants Karen Johnson and Keith Wolf in a very detailed email regarding the accusations.

27. November 15, 2021 plaintiff received another interrogating email with false accusations.

28. November 16, 2021 plaintiff responded via email to the defendants Karen Johnson and Keith Wolf regarding the interrogating email and inquired if terminated please provide proper documentation.

29. During the email communications between October 27 - November 16, 2021, defendant Karen Johnson never mentioned that plaintiff was terminated or voluntarily resigned.

30. November 26, 2021 plaintiff received an email from defendant Karen Johnson with Keith Wolf carbon copied on email to finally mention that plaintiff was no longer employed.

31. November 27, 2021, plaintiff applied for unemployment.

32. November 30, 2021, plaintiff responded to email with facts and inquired about the termination letter and requested retrieval of final check and swap of items.

33. December 2021 through present time plaintiff continues to be denied unemployment as defendant Karen Johnson labeled separation as both misconduct and voluntary resignation of which can not be both.

34. December 2, 2021 plaintiff sent another email confirming swap and retrieval.

35. December 3, 2021 defendant Karen Johnson sent an email falsifying the final check being processed and mailed out and mentioned Cobra benefits.

36. December 6, 2021 plaintiff contacted payroll to inquire about the final check and was advised that the request to create the final check had not been made and no check was mailed out. Plaintiff followed up with defendant Karen Johnson about falsifying previous statements. Plaintiff also sent an email stating availability for swap of items.

37. December 8, 2021 plaintiff reports to SBH campus to retrieve final check in addition to dropping off equipment (keys, id and computer), Human resource front desk person accepted equipment which was fully intact with no damages.

38. April 26, 2022, plaintiff wrote a very detailed letter by return receipt to defendant David Perlstein to express experiences working for defendant SBH Health System.

39. Return receipt for the letter was never returned to the plaintiff. On May 10, 2022 Defendant Keith Wolf acknowledged receiving the letter by responding to the plaintiff via email and acknowledged that the religious exemption was not affirmed until December 2021

40. Plaintiff responded on May 20, 2022 to defendants David Perlstein and Keith Wolf via mail with return receipt (of which still had not been received) and email. The defendants have never responded.

41. The defendants violated numerous Federal and State laws(HIPAA rights, EEOC, labor and employment laws). The defendants have intentionally, maliciously and without just cause slandered the Plaintiff's name and reputation by engaging in discrimination, deceitful business practices, falsifying documents and making malicious and intentional statements about the plaintiff. The defendants have deprived the plaintiff of her job and have severely affected her reputation and her ability to earn a living and live with

normalcy. The defendants' termination was arbitrary and unreasonably discriminatory and in violation of Title VII.  The Defendants exhibited ill will, malice, and indifference to the plaintiff's civil rights by forcing her out.

42.  In closing, Plaintiff prays for relief in neutral job reference in addition to relief in the amount of $1,000,000, as she experienced discrimination, breach of contract, not being provided with equal pay, overworked, retaliation, working in a hostile environment, intimidation, ridicule, coercion, a victim of falsified documents, defamations, loss of pension, loss of benefits, loss of salary, emotional distress, embarrassment, humiliation, injury to professional reputation, mental anguish, inconvenience, back pay, future economics, pain, suffering, punitive and compensatory damages.

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

    ☑ Yes (Please attach a copy of the charge to this complaint.)

        When did you file your charge? _____

    ☐ No

Have you received a Notice of Right to Sue from the EEOC?

    ☑ Yes (Please attach a copy of the Notice of Right to Sue.)

        What is the date on the Notice? _____9/25/23_____

        When did you receive the Notice? _____9/25/23_____

    ☐ No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

    ☐ direct the defendant to hire me

    ☐ direct the defendant to re-employ me

    ☐ direct the defendant to promote me

    ☐ direct the defendant to reasonably accommodate my religion

    ☐ direct the defendant to reasonably accommodate my disability

    ☑ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here):

    _____Please See attached._____

    _____

    _____

    _____

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Miami District Office**
100 SE 2nd St, Suite 1500
Miami, FL 33131
(800) 669-4000
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/25/2023

**To:** Ms. Amber Cooper
1375 plimpton ave
BRONX, NY 10452
Charge No: 520-2022-00967

EEOC Representative and email:    LATASHA NELSON
Federal Investigator
latasha.nelson@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC is closing this charge because your charge was not filed within the time limits under the law; in other words, you waited too long after the date of the alleged discrimination to file your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Evangeline Hawthorne
09/25/2023

Evangeline Hawthorne
Director

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 12/19/23 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |

| Amber | L | Cooper |
|---|---|---|
| First Name | Middle Initial | Last Name |

1375 Plimpton Ave
Street Address

| Bronx | NY | 10452 |
|---|---|---|
| County, City | State | Zip Code |

| 646-764-4459 | ajamisoncooper@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.