UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMBER L. COOPER,

                Plaintiff,

-against-

SBH HEALTH SYSTEM et al.,

                Defendants.

23-CV-11174 (MMG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2024

MARGARET M. GARNETT, United States District Judge:

      The Defendants in this case filed a motion to dismiss the Complaint on May 24, 2024.  *See* Dkt. No. 15.  In accordance with Rule III(E)(4) of the Court's Individual Rules & Practices, the Plaintiff must either (1) file any opposition to the motion to dismiss; or (2) amend the Complaint to respond to the issues raised in the motion(s) to dismiss by **June 21, 2024.**

Dated: May 28, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge