USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMBER L. COOPER,

               Plaintiff,

        -against-

SBH HEALTH SYSTEM et al.,

               Defendants.

23-CV-11174 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      The Defendants in this case filed a Motion to Dismiss the Amended Complaint on March 9, 2026. *See* Dkt. No. 42. In accordance with Rule III(E)(4) of the Court's Individual Rules & Practices, the Plaintiff was required to either (1) file any opposition to the motion to dismiss; or (2) request leave of Court to file a Second Amended Complaint to respond to the issues raised in the motion(s) to dismiss by **April 8, 2026.**

      Plaintiff's deadline to respond to Defendants' Motion to Dismiss is hereby extended until **April 17, 2026**.

Dated: April 10, 2026
      New York, New York

                                 SO ORDERED.

                                 MARGARET M. GARNETT
                                 United States District Judge