Amber Cooper
1375 Plimpton Avenue
Bronx, NY 10452
ajamisoncooper@gmail.com
646-764-4459

April 15, 2026

Honorable Judge Margaret M. Garnett
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: 1:23-cv-11174-MMG

Dear Judge Garnett:

I respectfully write to request a brief extension of one (1) week, up to and including April 24, 2026, to submit my response to Defendants' motion to dismiss.

I only received notice this past Friday (April 10, 2026) and was previously unaware that I was required to respond by April 8, 2026, as I did not receive any prior notice or communication advising me of that deadline. The written communication I received on April 10, 2026 indicated that the original response date was April 8, 2026, and that an extension had been granted to April 17, 2026.

Given the delayed receipt of this information, I respectfully request this additional one-week extension to ensure that I am able to adequately prepare and submit my response.

This request is made in good faith and not for purposes of delay. I sincerely appreciate the Court's time and consideration.

Respectfully submitted,

Amber Cooper
Pro Se Plaintiff

---

GRANTED. Plaintiff's deadline to respond to Defendants' Motion to Dismiss is extended to **April 24, 2026**.

SO ORDERED. Dated April 16, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE