USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMBER L. COOPER,

                              Plaintiff,

        -against-

SBH HEALTH SYSTEM et al.,

                              Defendants.

23-CV-11174 (MMG)

**ORDER FOR LIMITED
APPEARANCE OF PRO
BONO COUNSEL**

MARGARET M. GARNETT, United States District Judge:

By separate order, this case will be referred to the Court-annexed Mediation Program. The Clerk of Court is respectfully directed to attempt to locate pro bono counsel to represent Plaintiff Amber L. Cooper ("Plaintiff") for the limited purpose of participating in a mediation in this action. If pro bono counsel is located, such counsel shall file a Notice of Limited Appearance as Pro Bono Counsel. At this time, pro bono counsel will not be obligated for any aspect of Plaintiff's representation beyond mediation. If the parties are unable to reach a resolution at mediation, pro bono counsel may seek an expansion of pro bono counsel's role as appropriate. Absent an expansion of the scope of pro bono counsel's representation, pro bono counsel's representation of Plaintiff will end once the mediation process concludes. Upon the filing by pro bono counsel of a Notice of Completion, the representation by pro bono counsel of Plaintiff in this matter will terminate, and pro bono counsel will have no further obligations or responsibilities to Plaintiff.

Under the Court's Standing Order regarding the Creation and Administration of the Pro Bono Fund (16-MC-0078), pro bono counsel may apply to the Court for reimbursement of certain out-of-pocket expenses spent in furtherance of Plaintiff's case.

If an attorney chooses to volunteer as pro bono counsel in this matter, the attorney is directed to contact Plaintiff directly to determine if each party (Plaintiff and counsel) desire to move forward with representation. Plaintiff should note, however, that there is no guarantee that a volunteer attorney will decide to take the case, and an attorney may decline to take the case after contacting Plaintiff. Accordingly, Plaintiff should be prepared to proceed without an attorney.

Dated: April 29, 2026
        New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge

2